# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JESUS SANDOVAL, #39494-177 § | | |
|     Movant, § | | |
| § | | |
| v. § | CIVIL NO. 3:19-CV-1747-M-BK | |
| § | (Criminal No. 3:09-CR-320-M-2) | |
| UNITED STATES OF AMERICA, § | | |
|     Respondent. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that the motion to vacate sentence under 28 U.S.C. § 2255 is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order and for lack of prosecution. *See* FED. R. CIV. P. 41(b).

SO ORDERED this 23rd day of March, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE